Dismissed and Opinion filed February 6, 2003









Dismissed and Opinion filed February 6, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01191-CV

____________

 

SPENCER
C. VIDRINE, Appellant

 

V.

 

LACRESA
D. SMITH, Appellee

 



 

On
Appeal from the 309th District Court

Harris
County, Texas

Trial
Court Cause No. 02-30914

 



 

M
E M O R A N D U M   O P I N I O N

This is an attempted appeal from an associate judge=s ruling signed October 22,
2002.  The Harris County District Clerk
has informed us that the notice of appeal was mistakenly forwarded to this
Court.  We agree.  Pursuant to section 201.015(a) of the Texas
Family Code, an appeal from an associate judge=s ruling is to the referring
court.  Tex.
Fam. Code
Ann. ' 201.015(a) (Vernon Supp. 2003).  








On January 13, 2003, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of jurisdiction.  See Tex.
R. App. P. 42.3(a).  Appellant filed no response.  

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed February 6, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.